**No. 65977.**—E. Dillingham, Inc. *v.* United States, protests 277973–K, etc. (Ogdensburg).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of coats valued at $4 or more each and vests valued at $2 or more each, in chief value of nylon, similar in use to cotton wearing apparel, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

**No. 65978.**—Howe Sales Corp. et al. *v.* United States, protests 211893–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiffs was sustained.

**No. 65979.**—Florea & Co., Inc. *v.* United States, protests 299983–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

**No. 65980.**—Florea & Co., Inc. *v.* United States, protests 307648–K, 308173–K, and 311227–K (New York).